UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAWSAN JABER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAINE TOWNSHIP HIGH SCHOOL ) <br> DISTRICT 207, ) <br> ) <br> Defendant. ) | Case: 1:25-cv-10422 <br><br> Jury Trial Demanded |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Peyton M. Paschke ("Ms. Paschke"), counsel for Sawsan Jaber ("Plaintiff"), moving to withdraw as counsel pursuant to LR83.17. In support thereof, Ms. Paschke states as follows:

1. On August 29, 2025, Plaintiff filed this action against Defendant alleging violations of Title VII, IHRA, Illinois Slander and Libel Act, and Illinois common law.

2. Plaintiff is currently being represented by Mr. Mohammed O. Badwan, Mr. Alexander J. Taylor, Ms. Yasmeen Elagha, and Ms. Paschke of Atlas Law Center.

3. Ms. Paschke is departing from Atlas Law Center and accordingly seeks leave to withdraw her appearance on behalf of Plaintiff.

4. Attorneys Mohammed O. Badwan, Alexander J. Taylor, and Yasmeen Elagha will remain as counsel of record for Plaintiff, and Plaintiff will continue to be represented without interruption.

5. Defendant does not oppose this motion.

6. This withdrawal will not cause any delay or prejudice to any party.

1

7. Accordingly, for the reasons stated herein, Ms. Paschke seeks to withdraw as Plaintiff's counsel.

**WHEREFORE**, Peyton M. Paschke, respectfully requests the Court enter an order permitting Ms. Paschke to withdraw as counsel of record for Plaintiff.

DATED: October 1, 2025          Respectfully submitted,

*/s/ Peyton M. Paschke*
Peyton M. Paschke, Esq.
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 581-5450
ppaschke@atlaslawcenter.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on this 25th day of September 2025, a copy of the foregoing was file electronically via CM/ECF with notification being sent electronically to all counsel of record.

                                                         */s/ Peyton M. Paschke*
                                                         **Peyton M. Paschke, Esq.**