**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SAWSAN JABER,**<br><br>        Plaintiff,<br><br> v.<br><br>**MAINE TOWNSHIP HIGH SCHOOL DISTRICT 207,**<br><br>        Defendant. | Case No. 25-cv-10422<br><br>Honorable April M. Perry |

**DEFENDANT'S UNOPPOSED MOTION TO STAY DEADLINE
TO ANSWER OR OTHERWISE PLEAD**

  Defendant Board of Education of Maine Township High School District 207 ("Defendant"), by and through its undersigned attorneys, respectfully requests that the Court stay the current November 3, 2025 deadline for Defendant to file its response to the complaint filed by Plaintiff Sawsan Jaber ("Plaintiff") in the instant matter. In support of this Unopposed Motion, Defendant states as follows:

  1. On August 28, 2025, Plaintiff Sawsan Jaber ("Plaintiff") filed a complaint in the instant matter (the "Complaint"). *See* ECF 1.

  2. On September 3, 2025, Defendant waived service. *See* ECF 7.

  3. Defendant's deadline to file a response is currently November 3, 2025.

  4. Counsel for Plaintiff and counsel for Defendant discussed the instant matter on October 29, 2025, and Counsel for Plaintiff indicated Plaintiff intended to amend her Complaint.

  5. In anticipation of the forthcoming amended complaint, and in the interest of judicial economy, Defendant respectfully requests that the Court stay Defendant's November 3, 2025 deadline to respond to Plaintiff's Complaint.

3459205.1

6. Plaintiff does not oppose this motion.

7. Plaintiff intends to file a motion seeking leave to file an amended complaint on or before November 12, 2025.

8. If filed by November 12, 2025, Defendant seeks until December 3, 2025 to file its response to the amended complaint. Plaintiff does not oppose this request.

9. This motion is being brought in good faith and not for the purpose of delay.

WHEREFORE, the Defendant respectfully requests that this Court enter an order granting its motion to stay the deadline for filing its response to Plaintiff's Complaint.

Respectfully submitted,
**BOARD OF EDUCATION OF MAINE TOWNSHIP HIGH SCHOOL DISTRICT 207**, Defendant.

By: /s/ *K. Hope Harriman*
One of Its Attorneys

James A. Petrungaro (jap@franczek.com)
Caroline K. Kane (ckk@franczek.com)
K. Hope Harriman (khh@franczek.com)
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

Dated: October 30, 2025

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO STAY DEADLINE TO ANSWER OR OTHERWISE PLEAD** to be filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following on this 30th day of October, 2025:

> Yasmeen H. Elagha
> Alexander J. Taylor
> Mohammed O. Badman
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Avenue, Suite 200
> Lombard, Illinois 60148
> yelagha@sulaimanlaw.com
> ataylor@sulaimanlaw.com
> mbadman@sulaimanlaw.com

/s/ K. Hope Harriman

3459205.1