# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Sawsan Jaber

                          Plaintiff,

v.                                                    Case No.: 1:25−cv−10422

                                                              Honorable April M. Perry

Maine Township High School District 207

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable April M. Perry: Defendant's motion to stay [13] is granted. Plaintiff may file an amended complaint by 11/12/2025. Defendant is to answer or otherwise plead by 12/3/2025. Presentment hearing scheduled on 11/4/2025 is stricken with no appearance necessary. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.