# Exhibit C

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF COOK       )

CHARGE NO. 2025CF1836

**AFFIDAVIT OF SERVICE**

The undersigned served a copy of the attached **NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE** on   June 6, 2025  , to each person named below by email or first class mail, addressed as follows:

| For Complainant | For Respondent |
|---|---|
| Mohammed Badwan<br>Sulaiman Law Group<br>2500 South Highland Ave., Ste. 200<br>Lombard, IL 60148 | James A. Petrungaro<br>Franczek P.C.<br>300 S. Wacker Drive, Ste. 3400<br>Chicago, IL 60606 |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

*[signature]*

**PLEASE NOTE:**

The above-signed person is responsible only for <u>mailing</u> these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| SAWSAN JABER, | ) | |
| | ) | |
| COMPLAINANT, | ) | CHARGE NO. 2025CF1836 |
| AND | ) | EEOC NO. 21BA202500842 |
| MAINE TOWNSHIP HIGH SCHOOL DISTRICT 207, | ) | |
| | ) | |
| RESPONDENT. | ) | |

**NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE**

| For Complainant | For Respondent |
|---|---|
| Mohammed Badwan | James A. Petrungaro |
| Sulaiman Law Group | Franczek P.C. |
| 2500 South Highland Ave., Ste. 200 | 300 S. Wacker Drive, Ste. 3400 |
| Lombard, IL 60148 | Chicago, IL 60606 |

DISMISSAL / NOTICE DATE: June 6, 2025

Date Perfected Charge Filed: April 7, 2025     Date Opt Out Request Filed: June 9, 2025

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 90 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and **ADMINISTRATIVELY CLOSE** the charge of civil rights violation(s).

DEPARTMENT OF HUMAN RIGHTS
James L. Bennett
Director

NOC Rev 01/13/2025