# Exhibit D

**EEOC RECEIVED: 08/29/2025**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2025-11445 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Dr. Sawsan Jaber | (708) 990-1084 | 02/03/1980 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 9042 Kensington Way | Orland Park, IL, 60462-6784 | educationunfiltered@gmail.com |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | (mbadwan@sulaimanlaw.com) |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Maine Township High School District 207 | 15+ | 847-696-3600 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 1177 S Dee Rd | Parkridge, IL, 60068-4379 | N/A |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify below.) Familial Status

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 05/01/2023  Latest: 04/11/2025
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

This charge is related to and in furtherance of previously filed EEOC Charge No. 21B-2025-00842, which was issued a Notice of Right to Sue on July 18, 2025, and IDHR No. 2025CF1836, which was issued a Notice of Dismissal on June 6, 2025.

I, Dr. Sawsan Jaber (single parent - female), was employed by Maine Township High School District 207 as an English Teacher and Department Chair from in or around May 2023 until on or about April 11, 2025, when I was terminated on the basis of my sex and familial status. I have also been subjected to sex and familial status based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the sex and familial status based discrimination, harassment, and retaliation I was subjected to:

In or around May 2021, I applied for the Assistant Principal for Student Support (APPS) position at Maine East High School. I made it to the final interview round, but I was told by Dr. Mike Pressler that I didn't get the position because I was a woman and a single parent, and he thought the after-school demands would be too much for me. Being a single mother has never interfered with my ability to complete my job to the expectations of my employer.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08 / 29 / 2025
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

Doc ID: 7d814b8e73498c18c1977fe4a68cdf76ce0f5164

EEOC RECEIVED: 08/29/2025

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

__Illinois Department of Human Rights__ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

In or around February 2025, I applied for the Associate Principal for Teaching and Learning position at Maine East High School. I was the only applicant with a doctorate and a resume filled with relevant accomplishments. Still, I was passed over for someone less qualified. The hiring panel included individuals involved in previous biased decisions against me, including George Dagres and Dr. Rachel Abel.

That same month, I notified Superintendent Dr. Tatiana Bonuma of my intent to file a grievance. She acknowledged my right to do so but called it the "end of the road." A week later, I was formally reprimanded by Mr. Dagres after an investigation led by Dr. McMahon—one in which multiple witnesses said their statements were misrepresented. My termination became effective on April 11, 2025, and was formally confirmed by the Board of Education on April 22, 2025.

Thus, I have been discriminated against and harassed because of my sex and familial status retaliated against for engaging in protected activity in violation of the Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08 / 29 / 2025
*Date*          *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: 7d814b8e73498c18c1977fe4a68cdf76ce0f5164