# Exhibit F

**STATE OF ILLINOIS**     )
                             )   **ss**

**COUNTY OF COOK**       )               **AFFIDAVIT OF SERVICE**          **CHARGE NO.** 2026CR0461

The undersigned served a copy of the attached   **NOTICE OF DISMISSAL AND CLOSURE** on

October 20, 2025     to each person named below by email or first class mail, addressed as follows:

---

<u>For Complainant</u>

Mohammed Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste 200
Lombard, IL 60148

<u>For Respondent</u>

Ken Wallace
Maine Township High School
District 207
1177 S Dee Rd.
Park Ridge, IL 60068

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

_____

**PLEASE NOTE:**

The above-signed person is responsible only for <u>mailing</u> these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

IN THE MATTER OF: )
SAWSAN JABER, )
)
)
COMPLAINANT, )        CHARGE NO. 2026CR0461
)
AND )
MAINE TOWNSHIP HIGH SCHOOL DISTRICT )
207, )
)
)
)
)
RESPONDENT. )

## NOTICE OF DISMISSAL AND CLOSURE

| For Complainant | For Respondent |
|---|---|
| Mohammed Badwan<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste 200<br>Lombard, IL 60148 | Ken Wallace<br>Maine Township High School<br>District 207<br>1177 S Dee Rd.<br>Park Ridge, IL 60068 |

DISMISSAL / NOTICE DATE: October 20, 2025

**DISMISSAL**

YOU ARE HEREBY NOTIFIED that the Department has not received a timely request to review the EEOC determination of no cause. Based upon that determination, the DEPARTMENT OF HUMAN RIGHTS (Department) finds that there is a **LACK SUBSTANTIAL EVIDENCE** to support the allegation(s) of the charge(s). Accordingly, pursuant to Section 7A-102(A-1) (3)(a) of the Human Rights Act (775 ILCS 5/1-101 et. seq.) and its Rules and Regulations (56 Ill. Adm. Code. Chapter II, Section 2520.560), the charge is HEREBY **DISMISSED and CLOSED**.

Complainant may commence a civil action in the appropriate state circuit court within ninety (90) days after receipt of this Notice. The civil action should be filed in the circuit court in the county where the civil rights violation was allegedly committed. **If you intend to exhaust your State remedies, please notify the Equal Employment Opportunity Commission (EEOC) immediately**.

EEOC, John C. Kluczynski Federal Building
230 South Dearborn Street, Suite 1866
Chicago, Illinois 60604.

Complainant is hereby notified that the charge(s) are dismissed with prejudice with no right to further proceed if a timely written complaint is not filed with the appropriate circuit court.

**PLEASE NOTE: The Department cannot provide any legal advice or assistance. Please contact legal counsel, your city clerk, or your county clerk with any questions.**

DEPARTMENT OF HUMAN RIGHTS
James L. Bennett
Director