**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SAWSAN JABER,** <br> Plaintiff, <br> v. <br> **MAINE TOWNSHIP HIGH SCHOOL DISTRICT 207,** <br> Defendant. | Case No. 1:25-cv-10422 <br><br> Honorable April M. Perry |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Board of Education of Maine Township High School District 207 (the "District"), respectfully moves to dismiss Plaintiff's First Amended Complaint ("FAC"). In support, Defendant states as follows:

1. On November 12, 2025, Plaintiff filed a FAC containing 37 separate counts, alleging she was discriminated against and harassed based on her race, national origin, religion, sex, marital status and family responsibilities, and that the District retaliated against her, failed to accommodate her religious beliefs/practices, defamed her, wrongfully terminated her employment, and unlawfully interfered with her Family Medical Leave Act ("FMLA") rights.

2. Plaintiff's discrimination and retaliation claims must be dismissed because Plaintiff does not plead that she was subject to an adverse employment action.

3. Plaintiff's defamation claim must be dismissed because she fails to state a claim under the Illinois Slander and Libel statute or Illinois common law, and additionally, the District is entitled to immunity pursuant to § 2-107 of the Illinois Tort Immunity Act (the "TIA").

4. Plaintiff's failure to accommodate religious belief or practice claims must be dismissed because her request for accommodation was granted.

3467927.1

5. Plaintiff's claim for wrongful termination must be dismissed because Plaintiff was not terminated; she fails to state a claim; and the District is immune under § 2–201 of the TIA.

6. Plaintiff's FMLA interference claim must be dismissed because the District granted Plaintiff's request for intermittent FMLA leave, and she was not denied leave.

7. Plaintiff's hostile work environment claims must be dismissed because most of the conduct alleged is not based on Plaintiff's protected class, and none of the conduct, even when considered as a whole, rises to the level of objectively offensive or severe and pervasive conduct.

8. Lastly, Plaintiff's discrimination, retaliation, and harassment claims based on sex, family responsibilities and marital status must be dismissed because they are untimely under the Illinois Human Rights Act.

9. A memorandum of law in support of Defendants' motion is filed herewith.

WHEREFORE, for the reasons stated herein and in the accompanying memorandum, Defendant moves to dismiss Plaintiff's First Amended Complaint with prejudice.

Respectfully submitted,

**BOARD OF EDUCATION OF MAINE TOWNSHIP HIGH SCHOOL DISTRICT 207**, Defendant.

By: */s/ James A. Petrungaro*
One of Its Attorneys

James A. Petrungaro (jap@franczek.com)
Caroline K. Kane (ckk@franczek.com)
K. Hope Harriman (khh@franczek.com)
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606

Dated: December 3, 2025

3467927.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** to be filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following on this 3rd day of December, 2025:

*/s/ James A. Petrungaro*

3467927.1