UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAWSAN JABER, ) | |
| ) | |
| Plaintiff, ) | Case: 1:25-cv-10422 |
| ) | |
| v. ) | |
| ) | |
| MAINE TOWNSHIP HIGH SCHOOL ) | Honorable April M. Perry |
| DISTRICT 207, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Sawsan Jaber ("Plaintiff"), by and through the undersigned counsel, moves for an extension of time to respond to Defendant's Motion to Dismiss and in support states as follows:

1. On August 29, 2025, Plaintiff filed her original complaint. [Dkt. 1].

2. On November 12, 2025, Plaintiff filed her First Amended Complaint (FAC). [Dkt. 16].

3. On December 3, 2025, Defendant filed its Motion to Dismiss Plaintiff's FAC (Defendant's Motion). [Dkt. 17].

4. Per this Court's order of December 4, 2025, Plaintiff's response to Defendant's Motion is currently due on December 29, 2025. [Dkt. 20].

5. Plaintiff respectfully requests a 30-day extension to respond to Defendant's Motion, up to and including January 28, 2026.

6. Good cause exists for the requested extension.

7. Defendant's Motion seeks dismissal of all 37 claims asserted in Plaintiff's FAC and raises numerous legal arguments spanning federal and state law.

8. Plaintiff is working diligently to prepare a thorough and meaningful responsive pleading, but requires more time to adequately address the breadth of the issues presented.

9. This is Plaintiff's first request for an extension of time to respond to Defendant's Motion.

10. This Motion is not intended for the purposes of delay; good cause exists for the extension of the briefing deadline; and no party would be unduly prejudiced as a result of the Court granting this extension.

11. Plaintiff's counsel has consulted with Defendant's counsel regarding this Motion. Defendant is not opposed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this Motion to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss by 30-days, up to and including January 28, 2026, and for any further relief that this Court deems just and proper.

Dated this 24th day of December 2025.

                      Respectfully submitted,

                      **/s/Yasmeen Elagha, Esq.**
                      Yasmeen Elagha, Esq.
                      Mohammed O. Badwan, Esq. (Lead)
                      Atlas Law Center, Ltd.
                      2500 South Highland Avenue
                      Suite 200
                      Lombard, IL 60148
                      Phone (630) 575 - 8181
                      Fax (630) 575 - 8188
                      yelagha@atlaslawcenter.com
                      mbadwan@atlaslawcenter.com
                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY, that on this 24th day of December 2025, I caused a true and correct copy of the foregoing to be served via CM/ECF, electronic mail and/or U.S. Mail to all parties of record.

                */s/ Yasmeen Elagha*
                Yasmeen Elagha, Esq.